**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | | |
|---|---|---|
| **RAI STRATEGIC HOLDINGS, INC.** and **R.J. REYNOLDS VAPOR COMPANY,** | ) ) ) | Civil Action No. 1:20cv393 |
| Plaintiffs, | ) ) | |
| **v.** | ) ) | JURY TRIAL DEMANDED |
| **ALTRIA CLIENT SERVICES LLC; PHILIP MORRIS USA, INC.; ALTRIA GROUP, INC.; PHILIP MORRIS INTERNATIONAL INC.;** and **PHILIP MORRIS PRODUCTS S.A.,** | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**FINANCIAL INTEREST DISCLOSURE STATEMENT**

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and

Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for

Plaintiffs RAI Strategic Holdings, Inc. and R.J. Reynolds Vapor Company in the above-

captioned action certifies that the following are parents, trusts, or subsidiaries and/or affiliates of

said parties that have issued shares or debt securities to the public or own more than ten percent

of the stock of the following:

(1) Reynolds American Inc. is the parent corporation of Plaintiffs RAI Strategic

Holdings, Inc. and R.J. Reynolds Vapor Company;

(2) British American Tobacco p.l.c. is a publicly traded company that is an indirect

holder of more than ten percent of the stock of Reynolds American Inc.

Dated: April 9, 2020

Respectfully submitted,


  _/s/ David M. Maiorana_

Stephanie E. Parker
JONES DAY
1420 Peachtree Street, N.E.
Suite 800
Atlanta, GA 30309
Telephone: (404) 521-3939
Facsimile: (404) 581-8330
Email: separker@jonesday.com


David M. Maiorana (VA Bar No. 42334)
Ryan B. McCrum
JONES DAY
901 Lakeside Ave.
Cleveland, OH 44114
Telephone: (216) 586-3939
Facsimile: (216) 579-0212
Email: dmaiorana@jonesday.com
Email: rbmccrum@jonesday.com


Anthony M. Insogna
JONES DAY
4655 Executive Drive
Suite 1500
San Diego, CA 92121
Telephone: (858) 314-1200
Facsimile: (844) 345-3178
Email: aminsogna@jonesday.com

John J. Normile
JONES DAY
250 Vesey Street
New York, NY 10281
Telephone: (212) 326-3939
Facsimile: (212) 755-7306
Email: jjnormile@jonesday.com

*Counsel for Plaintiffs*
*RAI Strategic Holdings, Inc.*
*R.J. Reynolds Vapor Company*