# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| RAI STRATEGIC HOLDINGS, INC.; and R.J. REYNOLDS VAPOR COMPANY <br><br> *Plaintiff(s)* <br><br> v. <br><br> ALTRIA CLIENT SERVICES LLC; PHILIP MORRIS USA, INC.; ALTRIA GROUP, INC.; PHILIP MORRIS INTERNATIONAL INC.; and PHILIP MORRIS PRODUCTS S.A. <br><br> *Defendant(s)* | Civil Action No. 1:20cv393 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Altria Client Services LLC
6601 West Broad Street
Richmond, Virginia 23230

c/o C T Corporation System
4701 Cox Road, Suite 285
Glen Allen, Virginia 23060-6808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  David M. Maiorana, Esq.
Jones Day
901 Lakeside Avenue
Cleveland, Ohio 44114

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 04/09/2020

*Signature of Clerk or Deputy Clerk*

Civil Action No. 1:20cv393

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Altria Client Services LLC c/o CT Corporation System was received by me on *(date)* Apr 9, 2020.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Teresa Brown , who is designated by law to accept service of process on behalf of *(name of organization)* Altria Client Services LLC c/o CT Corporation System on *(date)* Mon, Apr 13 2020 ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 04/13/2020

*Server's signature*

Jody Ashworth, Process Server

*Printed name and title*

107 S. West St. Ste. 417, Alexandria, VA 22314

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 13, 2020, 9:01 am EDT at 4701 COX RD SUITE 285 , GLEN ALLEN, VA 23060-6801 received by Teresa Brown . Age: 50; Ethnicity: African American; Gender: Female; Weight: 160; Height: 5'6"; Hair: Black; Eyes: Brown; Relationship: Intake Manager