UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| RAI STRATEGIC HOLDINGS, INC. AND R.J. REYNOLDS VAPOR COMPANY<br><br>Plaintiff,<br><br>v.<br><br>ALTRIA CLIENT SERVICES LLC; PHILIP MORRIS USA, INC.; ALTRIA GROUP, INC.; PHILIP MORRIS INTERNATIONAL INC.; and PHILIP MORRIS PRODUCTS S.A.<br><br>Defendants. | Case No. 1:20-cv-00393-LO-TCB |

## CONSENT ORDER

This matter is before the Court on the parties' Consent Motion for Extension of Time to Respond to the Complaint (Dkt. 16). Finding good cause to do so, the Court hereby GRANTS the Motion and extends the deadline for Defendants to file responsive pleadings to the Complaint up to and including June 29, 2020.

SO ORDERED this 4th day of May, 2020.

_____ /s/
THERESA CARROLL BUCHANAN
UNITED STATES MAGISTRATE JUDGE