# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

|  |  |  |
|---|---|---|
| RAI STRATEGIC HOLDINGS, INC., *et al.*, | ) ) ) ) | |
| Plaintiffs | ) ) | |
| v. | ) ) | Civil Action No. 1:20-cv-393 (LO/TCB) |
| ALTRIA CLIENT SERVICES, LLC, *et al.*, | ) ) ) | |
| Defendants. | ) ) ) | |

## ORDER

Upon consideration of Plaintiffs'/Counterclaim Defendants' Motion for Clarification of the Court's Rule 16(b) Scheduling Order (Dkt. 104), the Court issues this Order to clarify its Rule 16(b) Scheduling Order (Dkt. 99) issued on September 8, 2020. It is hereby

**ORDERED** that Plaintiffs'/Counterclaim Defendants' motion is **GRANTED**; it is further

**ORDERED** that all discovery in this case closes on January 8, 2021. The deadlines for both fact and expert discovery are the same.

ENTERED this 21st day of September, 2020.

/s/
Theresa Carroll Buchanan
United States Magistrate Judge

THERESA CARROLL BUCHANAN
UNITED STATES MAGISTRATE JUDGE

Alexandria, Virginia