IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

|  |  |
|---|---|
| RAI STRATEGIC HOLDINGS, *et al.*, ) <br> ) <br> *Plaintiffs*, ) <br> ) <br> v. ) <br> ) <br> ALTRIA CLIENT SERVICES, LLC, *et al.*, ) <br> ) <br> *Defendants*. ) | Civil No. 1:20-cv-393 <br> Hon. Liam O'Grady |

### ORDER

This matter comes before the Court on Defendants' "motion to lift stay on counterclaim patents." Dkt. 447. The Court finds that the PTAB's decision with respect to post-grant review of the '268 patent bears on the merits of Defendants' motion. Accordingly, the Parties are hereby **ORDERED** to provide a joint report on the status of the PTAB's decision regarding the '268 patent by next Wednesday, February 10, 2021.

It is **SO ORDERED**.

February 5, 2021
Alexandria, Virginia

Liam O'Grady
United States District Judge