UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| RAI STRATEGIC HOLDINGS, INC. and R.J. REYNOLDS VAPOR COMPANY,<br><br>Plaintiffs and Counterclaim Defendants,<br><br>v.<br><br>ALTRIA CLIENT SERVICES LLC; PHILIP MORRIS USA INC.; and PHILIP MORRIS PRODUCTS S.A.<br><br>Defendants and Counterclaim Plaintiffs. | Civil Action No. 1:20-cv-393 |

## JOINT STATUS REPORT

Pursuant to the Court's Order (Dkt. 452), the parties submit a joint status report of the PTAB's decision regarding Plaintiffs' asserted U.S. Patent No. 9,814,268 ("the '268 patent").

On December 15, 2020, Defendant Philip Morris Products, S.A., filed its Request for Rehearing of the Board's Decision Denying Institution (Exhibit 1). Plaintiff RAI Strategic Holdings, Inc. did not request leave to file an opposition.

The Parties have not yet heard back from the PTAB on Defendant's rehearing request. The Parties will advise the Court within three days of when a decision is received. Dkts. 426, 432.

Dated:  February 10, 2021

Stephanie E. Parker
JONES DAY
1420 Peachtree Street, N.E.
Suite 800
Atlanta, GA 30309
Telephone:  (404) 521-3939
Facsimile:  (404) 581-8330
Email: separker@jonesday.com

Anthony M. Insogna
JONES DAY
4655 Executive Drive
Suite 1500
San Diego, CA 92121
Telephone:  (858) 314-1200
Facsimile:  (844) 345-3178
Email: aminsogna@jonesday.com

William E. Devitt
JONES DAY
77 West Wacker
Suite 3500
Chicago, IL 60601
Telephone:  (312) 269-4240
Facsimile:  (312) 782-8585
Email: wdevitt@jonesday.com

Sanjiv P. Laud
JONES DAY
90 South Seventh Street
Suite 4950
Minneapolis, MN 55402
Telephone:  (612) 217-8800
Facsimile:  (844) 345-3178
Email: slaud@jonesday.com

Respectfully submitted,

*/s/ David M. Maiorana*
David M. Maiorana (VA Bar No. 42334)
Ryan B. McCrum
JONES DAY
901 Lakeside Avenue
Cleveland, OH 44114
Telephone:  (216) 586-3939
Facsimile: (216) 579-0212
Email: dmaiorana@jonesday.com
Email: rbmccrum@jonesday.com

John J. Normile
JONES DAY
250 Vesey Street
New York, NY 10281
Telephone:  (212) 326-3939
Facsimile:  (212) 755-7306
Email: jjnormile@jonesday.com

Alexis A. Smith
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, CA 90071
Telephone:  (213) 243-2653
Facsimile:  (213) 243-2539
Email:  asmith@jonesday.com

Charles Bennett Molster , III
The Law Offices of Charles B. Molster III PLLC
2141 Wisconsin Ave Nw Suite M
Washington, DC 20007
Telephone:  703-346-1505
Email:  Cmolster@molsterlaw.com

*Counsel for Plaintiffs RAI Strategic Holdings, Inc. and R.J. Reynolds Vapor Company*

Gregory K. Sobolski
greg.sobolski@lw.com
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Tel: (415) 391-0600; Fax: (415) 395-8095

Brenda L. Danek
brenda.danek@lw.com
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Tel: (312) 876-7700; Fax: (312) 993-9767

By: */s/ Maximilian A Grant*
Maximilian A. Grant  (VSB No. 91792)
max.grant@lw.com
Matthew J. Moore
matthew.moore@law.com
LATHAM & WATKINS LLP
555 Eleventh Street, N.W., Suite 1000
Washington, DC 20004
Tel: (202) 637-2200; Fax: (202) 637-2201

Clement J. Naples
clement.naples@lw.com
LATHAM & WATKINS LLP
885 Third Avenue
New York, NY 10022-4834
Tel: (212) 906-1200; Fax: (212) 751-4864

*Counsel for Defendants-Counterclaim Plaintiffs Philip Morris Products S.A., Altria Client Services LLC, and Philip Morris USA, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of February, 2021, a true and correct copy of the foregoing was served using the Court's CM/ECF system, with electronic notification of such filing to all counsel of record.

*/s/ Maximilian A. Grant*
Maximilian A. Grant (VSB No. 91792)
max.grant@lw.com
LATHAM & WATKINS LLP
555 Eleventh Street, N.W., Ste. 1000
Washington, DC 20004
Tel: (202) 637-2200; Fax: (202) 637-2201