# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| RAI STRATEGIC HOLDINGS, INC. and R.J. REYNOLDS VAPOR COMPANY,<br><br>    Plaintiffs and Counterclaim Defendants,<br><br>v.<br><br>ALTRIA CLIENT SERVICES LLC; PHILIP MORRIS USA INC.; and PHILIP MORRIS PRODUCTS S.A.<br><br>    Defendants and Counterclaim Plaintiffs. | Civil Action No. 1:20-cv-393 |

**MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION TO REDACT PORTIONS OF THE NOVEMBER 18, 2020 HEARING TRANSCRIPT**

Defendants and Counterclaim Plaintiffs Altria Client Services LLC, Philip Morris USA Inc. and Philip Morris Products S.A. ("Defendants") submit this memorandum in support of their motion to designate as "Confidential" pursuant to the Stipulated Protective Order (Dkt. No. 103) and to redact certain portions of the transcript of the hearing on November 18, 2020.

The transcript of the November hearing were made available to the parties on January 13, 2021 (Dkt. 443). Certain portions of the transcripts reflect Defendants' and Plaintiffs' confidential business information under the protective order.

Accordingly, Defendants respectfully request that this Court enter an order directing that lines 11:4, 11:6-8 of the November 18, 2020 transcript be redacted and not made available to the public.

## I.   ARGUMENT

Defendants respectfully request that the Court grant their motion based on the grounds set forth as follows.

Although there is a general presumption that the public has the right to access documents in the files of the courts, this presumption may be overcome "if the public's right of access is outweighed by competing interests." *Ashcraft v. Conoco, Inc.*, 218 F.3d 288, 302 (4th Cir. 2000) (citation omitted); *Stone v. Univ. of Md. Med. Sys. Corp.*, 855 F.2d 178, 181 (4th Cir. 1988).

Defendants seek to redact from the public record only information that the parties must keep confidential by the stipulated protective order. The following transcript portions contain or discuss the parties' confidential business information: lines 11:4, 11:6-8. This selective and narrow protection of confidential material constitutes "the least drastic method of shielding the information at issue." *Adams v. Object Innovation, Inc.*, No. 11-cv-272, 2011 WL 7042224, at *4 (E.D. Va. Dec. 5, 2011), *report and recommendation adopted*, 2012 WL 135428 (E.D. Va. Jan.

17, 2012).  The public has no legitimate interest in information confidential to Defendants and Plaintiffs.  *See Adams*, 2011 WL 7042224, at *4 ("[T]here is no legitimate public interest in disclosing the proprietary and confidential information of [the defendant] . . . and disclosure to the public could result in significant damage to the company.").  The information that Defendants seek to redact includes confidential, proprietary, and competitively sensitive business information of Defendants and Plaintiffs, each of which could face harm if such information were to be released publicly.

Moreover, Defendants' request is quite limited.  As an initial matter, the stipulated protective order requires that this information remain confidential.  Defendants seek only to redact certain confidential portions of the transcript from the November 18, 2020 hearing.  Redacting this information is therefore proper because the public's interest in access is outweighed by a party's interest in "preserving confidentiality" of limited amounts of confidential information "normally unavailable to the public."  *Flexible Benefits Counsel v. Feltman*, No. 08-cv-371, 2008 WL 4924711, at *1 (E.D. Va. Nov. 13, 2008).

## II.    CONCLUSION

For the foregoing reasons, Defendants respectfully request that the Court grant this Motion and enter the attached proposed order.

Dated: February 12, 2021

Respectfully submitted,

By: /s/ *Maximilian A. Grant*
Maximilian A. Grant  (VSB No. 91792)
max.grant@lw.com
Matthew J. Moore
matthew.moore@law.com
LATHAM & WATKINS LLP
555 Eleventh Street, N.W., Suite 1000
Washington, DC 20004
Tel: (202) 637-2200; Fax: (202) 637-2201

Clement J. Naples
clement.naples@lw.com
LATHAM & WATKINS LLP
885 Third Avenue
New York, NY 10022-4834
Tel: (212) 906-1200; Fax: (212) 751-4864

Gregory K. Sobolski
greg.sobolski@lw.com
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Tel: (415) 391-0600; Fax: (415) 395-8095

Brenda L. Danek
brenda.danek@lw.com
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Tel: (312) 876-7700; Fax: (312) 993-9767

*Counsel for Defendants-Counterclaim Plaintiffs Philip Morris Products S.A., Altria Client Services LLC, and Philip Morris USA, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of February, 2021, a true and correct copy of the foregoing was served using the Court's CM/ECF system, with electronic notification of such filing to all counsel of record.

                                       */s/ Maximilian A. Grant*
                                       Maximilian A. Grant (VSB No. 91792)
                                       max.grant@lw.com
                                       LATHAM & WATKINS LLP
                                       555 Eleventh Street, N.W., Ste. 1000
                                       Washington, DC 20004
                                       Tel: (202) 637-2200; Fax: (202) 637-2201