## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

|  |  |  |
|---|---|---|
| RAI STRATEGIC HOLDINGS, INC., *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 1:20-cv-393 (LO/TCB) |
| ALTRIA CLIENT SERVICES LLC, *et al.*, | ) ) ) | |
| Defendants. | ) ) ) | |

### ORDER

This matter comes before the Court on the parties' Joint Motion to Modify Scheduling

Order and supporting memorandum. (Dkts. 458, 460.) Upon review of the Motion, it is hereby

**ORDERED** that the Motion (Dkt. 458) is **GRANTED**; and it is further

**ORDERED** that the scheduling order is **MODIFIED** as follows:

| Event | Deadline |
|---|---|
| Opening Expert Reports | February 24, 2021 |
| Responsive Expert Reports | March 24, 2021 |
| Close of Discovery | April 12, 2021 |
| Dispositive Motions Deadline | April 16, 2021 |
| Pretrial Disclosures, Exhibit Lists, Witness Lists, Written Stipulation of Uncontested Facts | April 16, 2021 |
| Final Pretrial Conference | April 16, 2021 |
| Objections to Trial Exhibits | April 26, 2021 |

ENTERED this 19th day of February, 2021.

/s/

_____
THERESA CARROLL BUCHANAN
UNITED STATES MAGISTRATE JUDGE

Alexandria, Virginia