UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| RAI STRATEGIC HOLDINGS, INC. AND R.J. REYNOLDS VAPOR COMPANY<br><br>Plaintiffs and Counterclaim Defendants,<br><br>v.<br><br>ALTRIA CLIENT SERVICES LLC; PHILIP MORRIS USA INC.; and PHILIP MORRIS PRODUCTS S.A.<br><br>Defendants and Counterclaim Plaintiffs. | Civil Action No. 1:20-cv-00393-LO-TCB |

**STIPULATION OF DISMISSAL OF U.S. PATENT NOS. 6,803,545 AND 10,420,374**

Counterclaim Plaintiffs Altria Client Services LLC ("ACS") and Philip Morris USA Inc. ("PM USA") (collectively, "Altria") and Counterclaim Defendants RAI Strategic Holdings, Inc. ("RAI") and R.J. Reynolds Vapor Company's ("RJRV") (collectively, "RJR") hereby move the Court to dismiss with prejudice Altria's counterclaim of infringement of U.S. Patent No. 6,803,545 and counterclaim of infringement of U.S. Patent No. 10,420,374 against RJR, with each party to bear its own costs, expenses, and attorneys' fees.

SO ORDERED this ____ day of June, 2022.

                                                                       _____
                                                                       Leonie M. Brinkema
                                                                       United States District Judge

Dated:  June 7, 2022

By: /s/ David M Maiorana
David M. Maiorana (VA Bar No. 42334)
Ryan B. McCrum
JONES DAY
90 I Lakeside Ave.
Cleveland, OH 44114
Telephone: (216) 586-3939
Facsimile: (216) 579-0212
Email: dmaiorana@jonesday.com
Email: rbmccrum@jonesday.com

Stephanie E. Parker
JONES DAY
1420 Peachtree Street, N.E. Suite 800
Atlanta, GA 30309
Telephone: (404) 521-3939
Facsimile: (404) 581-8330
Email: separker@jonesday.com

Anthony M. Insogna
JONES DAY
4655 Executive Drive, Suite 1500
San Diego, CA 92121
Telephone: (858) 314-1200
Facsimile: (844) 345-3178
Email: aminsogna@jonesday.com

John J. Normile
JONES DAY
250 Vesey Street
New York, NY 10281
Telephone: (212) 326-3939
Facsimile: (212) 755-7306
Email: jjnormile@jonesday.com

*Counsel for Plaintiffs and Counterclaim Defendants RAI Strategic Holdings, Inc. and R.J. Reynolds Vapor Company*

Respectfully submitted,

/s/ W. Sutton Ansley
W. Sutton Ansley (VA Bar No. 80085)
Stephanie Adamakos (*pro hac vice*)
Eric Westerhold (*pro hac vice*)
Isha Agarwal (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
2001 M Street, NW, Suite 600
Washington, DC 20036
Tel:  (202) 682-7000
Email: sutton.ansley@weil.com
Email: stephanie.adamakos@weil.com
Email: eric.westerhold@weil.com
Email: isha.agarwal@weil.com

Elizabeth S. Weiswasser (*pro hac vice*)
David Lender (*pro hac vice*)
Anish R. Desai (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
767 5th Avenue
New York, NY 10153
Tel:  (212) 310-8000
Email: elizabeth.weiswasser@weil.com
Email: david.lender@weil.com
Email: anish.desai@weil.com

Adrian C. Percer (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Tel:  (650) 802-3000
Email: adrian.percer@weil.com

*Counsel for Defendants and Counterclaim Plaintiffs Altria Client Services LLC and Philip Morris USA Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of June, 2022, a true and correct copy of the foregoing was served using the Court's CM/ECF system, with electronic notification of such filing to all counsel of record.

/s/ W. Sutton Ansley
W. Sutton Ansley (VA Bar No. 80085)
WEIL, GOTSHAL & MANGES LLP
2001 M Street, NW, Suite 600
Washington, DC 20036
Tel: (202) 682-7018
Email: sutton.ansley@weil.com

*Counsel for Defendants and Counterclaim Plaintiffs Altria Client Services LLC and Philip Morris USA Inc.*