# Exhibit A

```
 1              IN THE UNITED STATES DISTRICT COURT
 2             FOR THE EASTERN DISTRICT OF VIRGINIA
 3                        Alexandria Division
 4    RAI STRATEGIC HOLDINGS,        :
 5    INC. and R.J. REYNOLDS         :
 6    VAPOR COMPANY,                 :
 7        Plaintiffs/                :
 8        Counterclaim Defendants,   :  Case No.
 9     v.                            :  1:20-cv-00393-LO-TCB
10    ALTRIA CLIENT SERVICES LLC;    :
11    PHILIP MORRIS USA INC.; and    :
12    PHILIP MORRIS PRODUCTS S.A.,   :
13        Defendants/                :
14        Counterclaim Plaintiffs.   :
15
16                         CONFIDENTIAL
17       VIDEOTAPED DEPOSITION of JAMES FIGLAR, Ph.D.
18                    Friday, June 3, 2022
19                        6:54 a.m. CST
20   Job No.: 450979
21   Pages: 1 - 175
22   Reported By:  Michelle M. Yohler, CSR, RMR, CRR
```

| | | |
|---|---|---|
| 1 | BY MR. NAPLES: | 07:07:55 |
| 2 | Q And what do you anticipate testifying to | 07:07:55 |
| 3 | in your direct examination? | 07:08:00 |
| 4 | MR. QUINLAN: Object to form. I would | 07:08:02 |
| 5 | just note for the record our objection is a | 07:08:04 |
| 6 | privilege objection. | 07:08:08 |
| 7 | Dr. Figlar, to the extent you can answer | 07:08:09 |
| 8 | that question without revealing any other | 07:08:11 |
| 9 | conversations we've had or privileged | 07:08:13 |
| 10 | conversations we've had, go ahead and do it. | 07:08:17 |
| 11 | BY THE WITNESS: | 07:08:18 |
| 12 | A I think, you know, in essence my testimony | 07:08:19 |
| 13 | is going to be about reduce risk development, | 07:08:22 |
| 14 | overall what Reynolds has done over the years. I | 07:08:25 |
| 15 | have a pretty strong background on the history of | 07:08:28 |
| 16 | what Reynolds has done. | 07:08:31 |
| 17 | And then obviously talk about the specific | 07:08:32 |
| 18 | patents that are in this litigation. Of course | 07:08:35 |
| 19 | you and I have talked about that in detail in the | 07:08:40 |
| 20 | past. I don't think those facts changed. So I'm | 07:08:43 |
| 21 | prepared to discuss those issues and answer | 07:08:46 |
| 22 | questions with regard to that. | 07:08:49 |

| | | |
|---|---|---|
| 1 | So that -- I think that will be, you know, | 07:08:50 |
| 2 | pretty high-level summary of what my -- my direct | 07:08:57 |
| 3 | is going to focus on. | 07:09:00 |
| 4 | BY MR. NAPLES: | 07:09:01 |
| 5 | Q   Sure.  When you say "discuss the patents," | 07:09:01 |
| 6 | what do you mean? | 07:09:03 |
| 7 | A   Well, I mean, the -- the patent issues | 07:09:07 |
| 8 | that are, you know, at large in this case, you | 07:09:08 |
| 9 | know, with regard to how is -- how our products | 07:09:13 |
| 10 | constructed, do they -- not -- you know, what is | 07:09:18 |
| 11 | the comp- -- what is the composition of our | 07:09:23 |
| 12 | products versus what's stated in the patents. | 07:09:25 |
| 13 | And so I'll certainly be able to talk | 07:09:28 |
| 14 | about how our products differ than -- than what is | 07:09:30 |
| 15 | in the patent -- | 07:09:36 |
| 16 | Q   Are you intending -- sorry.  Are you | 07:09:38 |
| 17 | intending to offer an opinion that the accused | 07:09:41 |
| 18 | products do not practice a particular limitation | 07:09:44 |
| 19 | in any of the patents? | 07:09:48 |
| 20 | MR. QUINLAN:  Object to form.  Calls for a | 07:09:50 |
| 21 | legal conclusion.  Beyond the scope. | 07:09:53 |
| 22 | | |

1     engineers would make sure the specs are all lined            09:30:03
2     up and all that kind of stuff, but...                        09:30:05
3         Q   Who knows more about the technical details           09:30:08
4     of the Vuse products, you or Mr. Hunt?                       09:30:15
5             MR. QUINLAN:  Object to form.  Beyond the            09:30:19
6     scope.  Speculation.                                         09:30:20
7     BY THE WITNESS:                                              09:30:21
8         A   Yeah, I mean, I don't know what -- what              09:30:21
9     Mr. Hunt knows.  But my guess is he's probably got           09:30:23
10    a better handle on the technical specifications of           09:30:30
11    the -- of the products than I would.                         09:30:33
12            If you want to ask me detailed questions             09:30:36
13    about individual pieces and parts, that's probably           09:30:38
14    not me.  I can talk generally about the technical            09:30:41
15    aspects of the product, how they work, what the              09:30:47
16    public health aspects are, you know, general                 09:30:51
17    knowledge about the overall technology that goes             09:30:58
18    into them, what kinds of -- you know, does it have           09:31:01
19    software, what kind of software.                             09:31:04
20            I mean, I know those things.  But if you             09:31:06
21    want to get down into the dirty details about how            09:31:07
22    each individual component works and functions,               09:31:12

| | | |
|---|---|---|
| 1 | that's probably not me. | 09:31:14 |
| 2 | Q  Okay. | 09:31:16 |
| 3 | MR. NAPLES:  The -- well, it's 10:30 so | 09:31:19 |
| 4 | unfortunately we have to take a short -- a short | 09:31:21 |
| 5 | break because of this court hearing.  So let's go | 09:31:23 |
| 6 | off the record, and I'll talk to Mr. Quinlan a | 09:31:26 |
| 7 | bit. | 09:31:29 |
| 8 | THE VIDEOGRAPHER:  Okay.  We're going off | 09:31:29 |
| 9 | the record.  The time is 9:31. | 09:31:32 |
| 10 | (WHEREUPON, a recess was had.) | 10:41:52 |
| 11 | THE VIDEOGRAPHER:  The time is 10:41. | 10:41:52 |
| 12 | We're on the record at the start of Recording 4. | 10:41:58 |
| 13 | BY MR. NAPLES: | 10:42:04 |
| 14 | Q  Dr. Figlar, when you spoke to the | 10:42:05 |
| 15 | individuals after your retirement at Reynolds and | 10:42:06 |
| 16 | you talked about earlier this -- kind of this | 10:42:11 |
| 17 | strategic vision.  I think you mentioned some Velo | 10:42:13 |
| 18 | products; is that what you refer to them as? | 10:42:22 |
| 19 | A  Velo. | 10:42:25 |
| 20 | Q  Velo.  Yeah, and what are those? | 10:42:26 |
| 21 | A  Velo products.  Velo. | 10:42:28 |
| 22 | Q  And what are those? | 10:42:31 |