## CONTINUATION OF CIVIL TRIAL BY JURY PROCEEDINGS

Date: 06/14/22     Case No: 1:20cv393     Commenced: 9:21am – 6:03pm
                                          Lunch Recess: _____

Before the Honorable: Judge Brinkema          Case To Jury: _____
                                              Jury Returned: _____
Court Reporter: S. Wallace                    Jury Excused: _____
                                              Case Concluded: _____

Courtroom Deputy: Y. Guyton

| PARTIES | COUNSEL |
|---|---|
| PHILIP MORRIS PRODUCTS S.A. | Maximilian Grant, Clement Naples, Thomas Yeh |
|  | Gregory Sobolski, Brett Sandford, Lawrence Gotts |
| vs. |  |
| R.J. REYNOLDS VAPOR COMPANY | Stephanie Parker, Bill Devitt, Emily Baker |
|  | David Maiorana, Jason Burnett |

THIS MATTER CAME ON FOR FURTHER TRIAL BY JURY.  APPEARANCES AS PREVIOUS.

Plaintiff Adduced Evidence and Rests [   ] Motions: _____

Defendant(s) Adduced Evidence and Rests [ ] Motions: _____

Rebuttal Evidence Adduced [   ]     Sur-Rebuttal Evidence Adduced [   ]     Evidence Concluded [   ]

Closing Arguments [X]     Charging Conference [   ]     Jury Charged [X]     Jury Retired to Deliberate [X]

The Jury Returned to the Courtroom With a Verdict in Favor of: _____

Jury Polled [   ]     Jury Excused [   ]     Jury Verdict Filed in Open Court [   ]

Case Continued To: Wednesday, June 15, 2022 at 9:30am     For   Day 6 – Deliberations

Court in session at 3:25 pm and 5:40pm to address jury notes