# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

| | |
|---|---|
| **PHILIP MORRIS PRODUCTS S.A.,** | ) |
| **Counterclaim Plaintiff,** | ) |
| v. | ) No. 1:20cv393 (LMB/TCB) |
| **R.J. REYNOLDS VAPOR COMPANY,** | ) |
| **Counterclaim Defendant.** | ) |

# JUDGMENT

Pursuant to the unanimous jury verdict entered on June 15, 2022, and in accordance with Rule 58, Fed.R.Civ.P., JUDGMENT is hereby entered in favor of the counterclaim Plaintiff Philip Morris Products S.A. and against the counterclaim Defendant R.J. Reynolds Vapor Company. The counterclaim Plaintiff is awarded $8,000,000.00 in compensatory damages as to the '265 patent and $2,759,755.00 in compensatory damages as to the '911 patent, for a total judgment of $10,759,755.00.

FERNANDO GALINDO, CLERK

By:_____/s/_____
Y. Guyton, Deputy Clerk

Dated: 06/15/2022
Alexandria, Virginia