# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| RAI STRATEGIC HOLDINGS, INC. and R.J. REYNOLDS VAPOR COMPANY,<br><br>Plaintiffs and Counterclaim Defendants,<br><br>v.<br><br>ALTRIA CLIENT SERVICES LLC; PHILIP MORRIS USA INC.; and PHILIP MORRIS PRODUCTS S.A.,<br><br>Defendants and Counterclaim Plaintiffs. | Case No. 1:20-cv-00393-LMB-TCB |

## REYNOLDS'S RULE 50(b) RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW AND RULE 59 MOTION FOR A NEW TRIAL

Under Rules 50(b) and 59 of the Federal Rules of Civil Procedure, and the Court's June 15, 2022 oral order and Minute Entry (Dkt. 1306), RAI Strategic Holdings, Inc. and R.J. Reynolds Vapor Company (collectively, "Reynolds") respectfully moves this Court for judgment as a matter of law or, in the alternative, for a new trial.  The grounds for this motion are set forth in the accompanying Memorandum in Support of Rule 50(b) Renewed Motion for Judgment as a Matter of Law and Rule 59 Motion for a New Trial.  A proposed order granting the requested relief is attached.

Dated: June 29, 2022

Respectfully submitted,

 /s/ David M. Maiorana
David M. Maiorana (VA Bar No. 42334)
Ryan B. McCrum
JONES DAY
901 Lakeside Ave.
Cleveland, OH 44114
Telephone: (216) 586-3939
Facsimile: (216) 579-0212
Email: dmaiorana@jonesday.com
Email: rbmccrum@jonesday.com

Stephanie E. Parker
Jason T. Burnette
JONES DAY
1221 Peachtree Street, N.E.
Suite 400
Atlanta, GA 30361
Telephone: (404) 521-3939
Facsimile: (404) 581-8330
Email: separker@jonesday.com
Email: jtburnette@jonesday.com

John J. Normile
JONES DAY
250 Vesey Street
New York, NY 10281
Telephone: (212) 326-3939
Facsimile: (212) 755-7306
Email: jjnormile@jonesday.com

Anthony M. Insogna
JONES DAY
4655 Executive Drive
Suite 1500
San Diego, CA 92121
Telephone: (858) 314-1200
Facsimile: (844) 345-3178
Email: aminsogna@jonesday.com

Alexis A. Smith
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, CA 90071
Telephone:  (213) 243-2653
Facsimile:  (213) 243-2539
Email:  asmith@jonesday.com

William E. Devitt
JONES DAY
110 North Wacker
Suite 4800
Chicago, IL 60606
Telephone:  (312) 269-4240
Facsimile:  (312) 782-8585
Email: wdevitt@jonesday.com

Charles B. Molster
THE LAW OFFICES OF
CHARLES B. MOLSTER, III PLLC
2141 Wisconsin Avenue, N.W. Suite M
Washington, DC 20007
Telephone:  (202) 787-1312
Email:  cmolster@molsterlaw.com

*Counsel for RAI Strategic Holdings, Inc. and R.J. Reynolds Vapor Company*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of June, 2022, a true and correct copy of the foregoing was served using the Court's CM/ECF system, with electronic notification of such filing to all counsel of record.

*/s/ David M. Maiorana*
David M. Maiorana (VA Bar No. 42334)
JONES DAY
901 Lakeside Ave.
Cleveland, OH 44114
Telephone: (216) 586-3939
Facsimile: (216) 579-0212
Email: dmaiorana@jonesday.com

*Counsel for RAI Strategic Holdings, Inc. and R.J. Reynolds Vapor Company*