# EXHIBIT 7

```
              UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF VIRGINIA


  PHILIP MORRIS PRODCUTS S.A.,      )
                                    )
     Counterclaim Plaintiff,        ) Civil Action
                                    ) No. 1:20-cv-00393-LMB/TCB
           v.                       )
                                    ) June 14, 2022
  R.J. REYNOLDS VAPOR COMPANY,      ) 9:21 a.m.
                                    )
                                    )
     Counterclaim Defendant.        )
                                    )
                                    )
                                    )
```

**VOLUME 5 - MORNING and AFTERNOON SESSION**
*TRANSCRIPT OF JURY TRIAL PROCEEDINGS*
*BEFORE THE HONORABLE LEONIE M. BRINKEMA,*
*UNITED STATES DISTRICT COURT JUDGE*


APPEARANCES:

  For the Plaintiffs:       **Maximilian Antony Grant, Esq.**
                            Latham & Watkins LLP (DC)
                            555 11th Street, NW
                            Suite 1000
                            Washington, DC 20004-1304
                            202-637-2200
                            Email: Max.grant@lw.com

                            **Clement Joseph Naples, Esq.**
                            Latham & Watkins, LLP
                            885 Third Avenue 25th Floor
                            New York, NY  10022
                            212-906-1200
                            Email: Dement.naples@lw.com

                            **Gregory K. Sobolski, Esq.**
                            Latham & Watkins, LLP
                            505 Montgomery Street
                            Suite 2000
                            San Francisco, CA 94111-6538
                            202-637-2267
                            Email: Max.grant@lw.com

*Scott L. Wallace, RDR, CRR, Official Court Reporter*

1  elements.  If, and only if a device satisfies all the elements of
2  a particular claim, then the device infringes that claim.
3         That's the proper reading of that.  Sorry, folks.  But
4  you'll have these written instructions, so that's what you're
5  going to go by.
6         There can be several claims in a patent.  Each claim may
7  be narrower or broader than another claim by including more or
8  fewer elements.  The coverage of a patent is assessed claim by
9  claim.  You must use the same claimed meaning for both your
10 decision on infringement and your decision on invalidity.
11        You should give the words in the claims their plain and
12 ordinary meaning to a person of ordinary skill in the art in the
13 context of the patent specification and prosecution history.
14        Now, patent law gives the owner of a valid patent the
15 right to exclude others from importing, making, using, offering
16 to sell, or selling the patented invention within the United
17 States during the term of the patent.
18        If the patent is valid, then any person or business entity
19 that is engaged in any of those acts without the patent owner's
20 permission infringes the patent.
21        To determine whether there has been an act of direct
22 infringement, you must compare the accused product with each
23 asserted claim.  Direct infringement of an asserted claim occurs
24 when the patent holder proves by a preponderance of the evidence
25 that an accused product includes all the elements of that claim.