IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| PHILIP MORRIS PRODUCTS S.A., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:20-cv-393 (LMB/TCB) |
| ) | |
| R.J. REYNOLDS VAPOR COMPANY, ) | |
| ) | |
| Defendant. ) | |

## ORDER

In accordance with the Joint Stipulation for Supplemental Damages filed by the parties on August 16, 2022 [Dkt. No. 1413], it is hereby

ORDERED that the Judgment entered on June 15, 2022 [Dkt. No. 1362] be and is AMENDED to reflect a total judgment amount, including all prejudgment interest and supplemental damages, of $10,906,042 for the '265 Patent and $3,156,700 for the '911 Patent.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 17 day of August, 2022.

Alexandria, Virginia

/s/ _____
Leonie M. Brinkema
United States District Judge