IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| **PHILIP MORRIS PRODUCTS S.A.,** | ) |
| | ) |
| **Counterclaim Plaintiff,** | ) |
| v. | ) No. 1:20cv393 (LMB/TCB) |
| | ) |
| **R.J. REYNOLDS VAPOR COMPANY,** | ) |
| | ) |
| **Counterclaim Defendant.** | ) |
| | ) |

## AMENDED JUDGMENT

Pursuant to the unanimous jury verdict entered on June 15, 2022, and in accordance with Rule 58, Fed.R.Civ.P., JUDGMENT is hereby entered in favor of the counterclaim Plaintiff Philip Morris Products S.A. and against the counterclaim Defendant R.J. Reynolds Vapor Company. The counterclaim Plaintiff is awarded $10,906,042.00 for the '265 patent and $3,156,700.00 for the '911 patent, for a total judgment amount of $14,062,742.00 which includes all prejudment interest and supplemental damages.

FERNANDO GALINDO, CLERK

By: _____/s/_____
Y. Guyton, Deputy Clerk

Dated: 08/17/2022
Alexandria, Virginia