# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| RAI STRATEGIC HOLDINGS, INC. and R.J. REYNOLDS VAPOR COMPANY,<br><br>*Plaintiff and Counterclaim Defendants*,<br><br>v.<br><br>ALTRIA CLIENT SERVICES LLS; PHILIP MORRIS USA INC.; and PHILIP MORRIS PRODUCTS S.A.,<br><br>*Defendants and Counterclaim Plaintiffs*. | Case No. 1:20-cv-00393-LMB-WEF |

## JOINT STIPULATION OF DISMISSAL OF THE 123, 915, AND 542 PATENTS

Plaintiffs RAI Strategic Holdings, Inc. and R.J. Reynolds Vapor Company (collectively "Reynolds") and Defendant and Counterclaim Plaintiff Philip Morris Products S.A. ("PMP"), by and through their counsel of record hereby stipulate and move the Court to dismiss all claims and counterclaims relating to U.S. Patent Nos. 9,901,123; 9,930,915; and 10,492,542 with each party bearing its own attorneys' fees, expenses, and costs as follows:

- Reynolds's Count Three for Infringement of the '123 patent, Count Four for Infringement of the '915 patent, and Count Six for Infringement of the '542 patent, (Dkt. 52) are dismissed WITH PREJUDICE;

- PMP's Counterclaim Six for Declaratory Judgment of Non-Infringement of the '542 patent and Counterclaim Seven for Declaratory Judgment of Invalidity of the '542 patent (Dkts. 463 & 473, made effective by Dkt. 483) are dismissed WITHOUT PREJUDICE.

Dated: February 2, 2024

Respectfully submitted,

For R.J. Reynolds Vapor Company:

/s/ [signature]

David M. Maiorana (VA Bar No. 42334)
Ryan B. McCrum
JONES DAY
901 Lakeside Avenue
Cleveland, OH 44114
Telephone: (216) 586-3939
Facsimile: (216) 579-0212
Email: dmaiorana@jonesday.com
Email: rbmccrum@jonesday.com

John J. Normile
JONES DAY
250 Vesey Street
New York, NY 10281
Tel: (212) 326-3939
Fax: (212) 755-7306
Email: jjnormile@jonesday.com

Stephanie E. Parker
JONES DAY
1221 Peachtree Street, N.E.
Suite 400
Atlanta, GA 30361
Telephone: (404) 521-3939
Facsimile: (404) 581-8330
Email: separker@jonesday.com

William E. Devitt
JONES DAY
110 North Wacker Drive
Suite 4800
Chicago, IL 60606
Telephone: (312) 269-4240
Facsimile: (312) 782-8585
Email: wdevitt@jonesday.com

Charles B. Molster
THE LAW OFFICES OF
CHARLES B. MOLSTER, III PLLC
2141 Wisconsin Avenue, N.W. Suite M
Washington, DC 20007

For Philip Morris Products S.A.:

[signature]

Maximilian A. Grant (VSB No. 91792)
max.grant@lw.com
LATHAM & WATKINS LLP
555 Eleventh Street, N.W., Suite 1000
Washington, DC 20004
Telephone: (202) 637-2200
Facsimile: (202) 637-2201

Clement J. Naples (pro hac vice)
clement.naples@lw.com
LATHAM & WATKINS LLP
885 Third Avenue
New York, NY 10022-4834
Tel: (212) 906-1200; Fax: (212) 751-4864

Gregory J. Sobolski (pro hac vice)
greg.sobolski@lw.com
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
Facsimile: (415) 395-8095

US-DOCS\146577375.1

Telephone: (202) 787-1312
Email: cmolster@molsterlaw.com