**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| RAI STRATEGIC HOLDINGS, INC. and R.J. REYNOLDS VAPOR COMPANY, *Plaintiff and Counterclaim Defendants,* v. ALTRIA CLIENT SERVICES LLS; PHILIP MORRIS USA INC.; and PHILIP MORRIS PRODUCTS S.A., *Defendants and Counterclaim Plaintiffs.* | Case No. 1:20-cv-00393-LMB-WEF |

## JOINT STIPULATION OF DISMISSAL OF THE 123, 915, AND 542 PATENTS

Plaintiffs RAI Strategic Holdings, Inc. and R.J. Reynolds Vapor Company (collectively "Reynolds") and Defendant and Counterclaim Plaintiff Philip Morris Products S.A. ("PMP"), by and through their counsel of record hereby stipulate and move the Court to dismiss all claims and counterclaims relating to U.S. Patent Nos. 9,901,123; 9,930,915; and 10,492,542 with each party bearing its own attorneys' fees, expenses, and costs as follows:

- Reynolds's Count Three for Infringement of the '123 patent, Count Four for Infringement of the '915 patent, and Count Six for Infringement of the '542 patent, (Dkt. 52) are dismissed WITH PREJUDICE;

- PMP's Counterclaim Six for Declaratory Judgment of Non-Infringement of the '542 patent and Counterclaim Seven for Declaratory Judgment of Invalidity of the '542 patent (Dkts. 463 & 473, made effective by Dkt. 483) are dismissed WITHOUT PREJUDICE.

So Ordered

/s/ *LMB*

Leonie M. Brinkema
United States District Judge   2/5/24